UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM DAVID KLENSCH,<br><br>Defendant. | Case No.:  22-CR-1359-BAS<br><br>ORDER |

**IT IS HEREBY ORDERED,** good cause appearing, and motion having been made, that pursuant to 18 U.S.C. § 4285, the United States Marshals shall advance authorization of funds to William Klensch for one-way travel and subsistence to Court for his resentencing hearing at 10:30 a.m. on May 20, 2024.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
Honorable Cynthia Bashant
United States District Judge